KATHRYN DICKSON (Bar No. 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone: (510) 268-1999
Facsimile: (510) 268-3627

CHRISTOPHER P. THORMAN (OH Bar No. 0056013 – *Admitted Pro Hac Vice*)
PETER HARDIN-LEVINE (OH Bar No. 0014288 – *Admitted Pro Hac Vice*)
MARK GRIFFIN (OH Bar No. 0064141 – *Admitted Pro Hac Vice*)
THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, OH 44113
Telephone: (216) 621-9767
Facsimile: (216) 621-3422

Attorneys for Plaintiff
FRANK A. J. GONSALVES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK A. J. GONSALVES,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS TECHNOLOGIES LTD;<br>and JOHN DOES I-X, inclusive,<br><br>Defendants. | Case No. C-09-4112-MHP<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: 1/11/10<br>Time: 2:00 PM<br>Judge: Hon. Marilyn H. Patel<br>Courtroom: 15, 18th Floor |

## STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Local Rule 6-2, the parties hereby stipulate to extend the time by three days for Plaintiff Frank A. J. Gonsalves ("Gonsalves") to file his reply to Defendant Infosys Technologies LTD's ("Infosys") Memorandum In Opposition to Plaintiff's Motion For Leave to

File Second Amended Complaint, from December 28, 2009 to December 31, 2009. The change of time is requested to allow Gonsalves additional time to fully consider and respond to Infosys's Memorandum in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint. This request is not made for purposes of unnecessary delay, and no party will be prejudiced by the granting of this request. The parties have previously requested one extension of time relating to Defendant's Motion to Transfer or Dismiss . This stipulated request will not have any effect on the case schedule.

Dated: December 28, 2009

*DICKSON – ROSS LLP*

/s/Mark Griffin
KATHRYN BURKETT DICKSON (#70636)
kathy@dicksoncross.com
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612

*Admitted Pro Hac Vice*
CHRISTOPHER P. THORMAN (OH #0056013)
cthorman@thllaw.com
PETER HARDIN-LEVINE (OH #0014288)
plevine@thllaw.com
MARK GRIFFIN (OH #0064141)
mgriffin@thllaw.com
THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 307
Cleveland, OH 44113

Attorneys for Plaintiff FRANK A.J. GONSALVES

STIP. REQ. FOR ORDER CHANGING TIME OF P'S REPLY BRIEF

2

|   |   |   |
|---|---|---|
| | | *LITTLER-MENDELSON* |
| Dated: December 28, 2009 | | /s/ Blaire A. Cleveland |

MICHELLE B. HEVERLY (#178660)
mheverly@littler.com
BLAIRE A. CLEVELAND (#255172)
bcleveland@littler.com
LITTLER MENDELSON
50 West San Fernando Street, 15th Floor
San Jose, CA 95113-2303
1970 Broadway, Suite 1045
Oakland, CA 94612

Attorneys for Defendant
INFOSYS TECHNOLOGIES, LTD

January 4, 2010

PURSUANT TO STIPULATION, IT IS SO ORDERED~~, this ____ day of December, 2009.~~



MARILYN H. PATEL, United States District Judge

---

STIP. REQ. FOR ORDER CHANGING TIME OF P'S REPLY BRIEF

3