KATHRYN DICKSON (State Bar # 70636)
DICKSON - LEVY LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel: (510) 318-7700
Fax: (510) 318-7701

*Admitted Pro Hac Vice:*

CHRISTOPHER P. THORMAN (Ohio 0056013)
PETER HARDIN-LEVINE (Ohio 0014288)
MARK GRIFFIN (Ohio 0064141)

THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, Ohio 44113
Phone (216) 621-9767
Fax (216) 621-3422

*Attorneys for Plaintiff*
FRANK A. J. GONSALVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK A. J. GONSALVES, <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS TECHNOLOGIES, LTD., <br><br> Defendant. | Case No. C 09-04112 MHP <br><br> ORDER GRANTING <br><br> **JOINT STIPULATED REQUEST FOR ORDER CHANGING DATE OF HEARING REGARDING DEFENDANT'S MOTION TO DISMISS/ TRANSFER** <br><br> Date: TBD <br> Time: TBD <br> Judge: Hon. Marilyn H. Patel <br> Courtroom: 15, 18th Floor |

**STIPULATED REQUEST FOR ORDER CHANGING DATE**

Pursuant to Local Rule 6-2, the parties hereby stipulate to change the date of the Motion Hearing regarding Defendant Infosys Technologies LTD's ("Infosys") Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) or to Transfer Pursuant to U.S.C. § 1404(a) ("Motion to Dismiss/Transfer") from March 15, 2010 to April 5, 2010. The

change of time is requested to allow Plaintiff's lead counsel the opportunity to attend the motion hearing. Currently, Plaintiff's lead counsel will likely be in the middle of a previously scheduled Federal trial on March 15, 2010. This trial is scheduled to begin March 8, 2010. It had been expected to last on week or less. It now appears that there is a substantial risk that this trial will continue through March 15, 2010. This request is not made for the purposes of unnecessary delay, and no party will be prejudiced by the granting of this request. Previously, the following changes of time have been made on 10/08/2009 (Dkt. # 13- Stipulation for Order Changing Time by Plaintiff), 11/05/2009 (Dkt. #24- Clerks Notice: Motions currently on calendar for 11/16/2009 continued to 12/7/2009 by Court) and 12/28/2009 (Dkt. #38- MOTION for Extension of Time to File Response/Reply as to 36 Memorandum in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint Instanter by Plaintiff). With the exception of the hearing date change described above, this stipulated request will not have any effect on the case schedule.

Dated: March 4, 2010

/s/Blair A. Cleveland
BLAIR A. CLEVELAND

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303

Telephone: 408.998.4150

Attorneys for Defendant
INFOSYS TECHNOLOGIES, LTD.

Dated: March 4, 2010

/s/Christopher P. Thorman
CHRISTOPHER P. THORMAN
THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, OH 44113

Telephone: 216.621.3422

Attorneys for Plaintiff
FRANK A. J. GONSALVES

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED, this 4th day of March, 2010. |
| 2 | |
| 3 | Date: 3/4/10 |

IT IS SO ORDERED

Judge Marilyn H. Patel

Marilyn Hall Patel
United States District Judge

JOINT STIPULATED REQUEST FOR
ORDER CHANGING DATE OF HEARING (No. C 09-04112 MHP)