1  MICHELLE B. HEVERLY, Bar No. 178660
   mheverly@littler.com
2  KARIN M. COGBILL, Bar No. 244606
   kcogbill@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150

6  Attorneys for Defendant
   INFOSYS TECHNOLOGIES LTD.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11 | FRANK A.J. GONSALVES,              | Case No.  C-09-4112-MHP
12 |        Plaintiff,                  | ~~[PROPOSED]~~ ORDER ~~VACATING~~
13 |   v.                               | ~~MAY 11, 2010 ORDER AND~~ FURTHER
                                         CONTINUING CASE MANAGEMENT
14 | INFOSYS TECHNOLOGIES LTD.,         | CONFERENCE
15 |        Defendant.                  |

17         THIS CAUSE came before the Court initially on the motion of Plaintiff
18 GONSALVES, and by further request from Defendant INFOSYS TECHNOLOGIES. The Court,
19 having considered the motions and requests, and all supporting documents presented before the
20 Court, the arguments of counsel in support of and in opposition thereto, all prior pleadings and
21 proceedings had herein, hereby orders as follows:

22         The Case Management Conference scheduled for June 28, 2010 at 3:00 p.m. is
23 continued to __July 12, 2010 at 2:00 p.m.__ . ~~Additionally, the Court's May 11, 2010 Order~~
24 ~~requiring Defendant to file its Answer by May 20, 2010 is VACATED. Defendant's Answer, if any,~~
25 ~~shall not be due until after the Court issues an order on the pending motion to compel arbitration.~~

26         IT IS SO ORDERED.  **In all other respects the request is DENIED.**

27

28  5/13/2010

                                            [PROPOSED] ORDER VACATI[NG MAY 11,]
                                            2010 ORDER AND CONTIN[UING CASE]
                                            MANAGEMENT CONFERE[NCE]

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1  Dated: _____, 2010

_____
United States District Court Judge
MARILYN H. PATEL

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

2.  [PROPOSED] ORDER VACATING MAY 11, 2010 ORDER AND CONTINUING CASE MANAGEMENT CONFERENCE