MELINDA S. RIECHERT, State Bar No. 65504
SHWETA GERA, State Bar No. 234627
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: mriechert@morganlewis.com;
sgera@morganlewis.com

Attorneys for Defendant
INFOSYS TECHNOLOGIES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Frank A. J. Gonsalves,<br><br>    Plaintiff,<br><br>vs.<br><br>Infosys Technologies LTD.; and John Does I-X, inclusive,<br><br>    Defendants. | Case No. 3:09-cv-04112 MHP<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21846347.1

NOTICE OF SUBSTITUTION OF ATTORNEY
(CASE NO.: 3:09-cv-04112 MHP)

1  TO THE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendant Infosys Technologies Ltd. ("Defendant") hereby substitutes the law firm of Morgan, Lewis & Bockius LLP in place of Littler Mendelson P.C. in these proceedings.

**FORMER LEGAL REPRESENTATIVE**

Michelle B. Heverly
Karin M. Cogbill
Littler Mendelson
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113-2303
Telephone:   408.998.4150
Facsimile:    408.288.5686
E-mail:  mheverly@littler.com
         kcogbill@littler.com

**NEW LEGAL REPRESENTATIVE**

Melinda S. Riechert
Shweta Gera
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:   650.843.4000
Facsimile:    650.843.4001
E-mail:  mriechert@morganlewis.com
         sgera@morganlewis.com

Defendant respectfully requests that the necessary changes be made to the service list and the Court's records.

I HEREBY CONSENT TO THIS SUBSTITUTION.

Dated: August 11, 2010                    INFOSYS TECHNOLOGIES LTD.

                                          By _____
                                          Jeffrey Vogel
                                          Senior Principal Legal Counsel

8/23/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21846347.1                                1

1  Dated: August 13, 2010                    MORGAN, LEWIS & BOCKIUS LLP
2
3                                            By  *Shweta Gera*
4                                               Melinda S. Riechert
                                                Shweta Gera
5                                               Attorneys for Defendant
                                                INFOSYS TECHNOLOGIES LTD.
6  Dated: August 11, 2010                   LITTLER MENDELSON P.C.
7
8                                            By *Michelle Heverly*
9                                               Michelle B. Heverly
                                                Karin M. Cogbill

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21846347.1                    2        NOTICE OF SUBSTITUTION OF ATTORNEY
                                              (CASE NO.: 3:09-cv-04112 MHP)

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Shweta Gera, am the ECF User whose ID and password are being used to file Defendant Infosys Technologies Ltd.'s NOTICE OF SUBSTITUTION OF ATTORNEY. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing. Executed this 13 day of August, 2010 at Palo Alto, California.

/s/
Shweta Gera
MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21846347.1    3    NOTICE OF SUBSTITUTION OF ATTORNEY
(CASE NO.: 3:09-cv-04112 MHP)

**[PROPOSED] ORDER**

IT IS SO ORDERED:

Dated: _____

Hon. Marilyn Hall Patel
United States District Court

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21846347.1      4      NOTICE OF SUBSTITUTION OF ATTORNEY
(CASE NO.: 3:09-cv-04112 MHP)