Case3:09-cv-04112-EMC Document119 Filed01/04/12 Page1 of 2

KATHRYN DICKSON, Bar No. 070636
DICKSON – LEVY LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: 510.318.7700

*Admitted Pro Hac Vice:*

CHRISTOPHER P. THORMAN, Ohio Bar No. 0056013
PETER HARDIN-LEVINE, Ohio Bar No. 0014288
MARK GRIFFIN, Ohio Bar No. 0064141

THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, Ohio 44113
Telephone: 216.621.9767

Attorneys for Plaintiff
FRANK A. J. GONSALVES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK A. J. GONSALVES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INFOSYS TECHNOLOGIES LTD;<br>and JOHN DOES I-X, inclusive,<br><br>　　　　　Defendants. | Case No. C-09-4112-EMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATE OF STATUS CONFERENCE**<br><br>Date: 1/20/2012<br>Time: 10:15 AM<br>Judge: Hon. Edward M. Chen<br>Courtroom: |

### STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Local Rule 6-2, the parties hereby stipulate to an order changing the time for the status conference in this matter from January 6, 2012 to January 20, 2012 at 10:15

---

**STIP. REQ. FOR ORDER CHANGING DATE OF STATUS CONFERENCE**

1

am.  The change of time is requested to due to a family medical matter.  This request is not made for purposes of unnecessary delay, and no party will be prejudiced by the granting of this request.

Dated:  January 4, 2012

/s/Mark D. Griffin_____
CHRISTOPHER P. THORMAN (OH #0056013)
cthorman@thllaw.com
PETER HARDIN-LEVINE (OH #0014288)
plevine@thllaw.com
MARK GRIFFIN (OH #0064141)
mgriffin@thllaw.com

THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 307
Cleveland, OH 44113
*Attorneys for Plaintiff FRANK A.J. GONSALVES*

Dated:  January 4, 2012

/s/*Melinda S. Riechert*_____
MELINDA S. RIECHERT, State Bar No. 65504
ZEENAT BASRAI
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone: 650.843.4000
Facsimile:  650.843.4001
E-mail:  mriechert@morganlewis.com;
           zbasrai@morganlewis.com

Attorneys for Defendant
INFOSYS TECHNOLOGIES LIMITED

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 4th day of January, 2012.

_____
EDWARD M. CHEN, United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**STIP. REQ. FOR ORDER CHANGING DATE OF STATUS CONF.**