CHRISTOPHER P. THORMAN, State Bar No. 0056013
PETER HARDIN-LEVINE, State Bar No. 0014288
MARK GRIFFIN, State Bar No. 0064141
THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, OH 44113
Telephone: 216.621.9767
Facsimile:  216.621.3422
E-mail: cthorman@thllaw.com; plevine@thllaw.com;
mgriffin@thllaw.com

Attorneys for Plaintiff
FRANK A. J. GONSALVES

MELINDA S. RIECHERT, State Bar No. 65504
ZEENAT BASRAI, State Bar No. 240525
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile:  650.843.4001
E-mail:  mriechert@morganlewis.com;
         zbasrai@morganlewis.com

Attorneys for Defendant
INFOSYS TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK A. J. GONSALVES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INFOSYS TECHNOLOGIES LTD.; and JOHN DOES I-X, inclusive,<br><br>　　　　　Defendants. | Case No. 3:09-cv-04112 EMC (JCS)<br><br>**JOINT STIPULATED REQUEST FOR EXTENSION OF TIME TO SUBMIT JOINT LETTER**  AND ORDER |

　　　　The parties jointly request a further extension to submit their detailed Joint Letter to the Court pursuant to the Court's Notice of Reference; Order to Meet and Confer and File Joint Letter ("Order") dated January 18, 2012.  The Joint Letter is currently due on January 31, 2012, and the parties request that they be permitted to file the Joint Letter by February 7, 2012.  After

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

JOINT STIPULATED REQUEST FOR EXTENSION OF
TIME TO SUBMIT JOINT LETTER
(CASE NO.: 3:09-cv-04112 EMC (JCS))

DB2/ 22940269.1

conferring with its client on the various discovery issues raised by Plaintiff's counsel, Defendant's counsel sent Plaintiff's counsel a letter on January 27, 2012 outlining the documents and information Defendant has agreed to look for and/or produce to Plaintiff. Plaintiff's counsel is reviewing the letter and lead trial counsel for both parties would like additional time to continue to meet and confer directly on the various discovery issues before submitting the Joint Letter to the Court.

DATED: January 31, 2012

*/s/ Christopher P. Thorman*
Christopher P. Thorman
Peter Hardin-Levine
Mark Griffin
Attorneys for Plaintiff
FRANK A. J. GONSALVES

DATED: January 31, 2012

*/s/Melinda S. Riechert*
Melinda S. Riechert
Zeenat Basrai
Attorneys for Defendant
INFOSYS TECHNOLOGIES LIMITED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: Feb. 1, 2012

Honorable
United States

*Judge Joseph C. Spero*

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 22940269.1

2

JOINT STIPULATED REQUEST FOR EXTENSION
OF TIME TO SUBMIT JOINT LETTER
(CASE NO.: 3:09-cv-04112 EMC (JCS))