KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, CA 94612
Telephone: 510-899-4670
Fax: 510-899-4671
E-mail: kathy@dicksongeesman.com

*Admitted Pro Hac Vice:*

CHRISTOPHER P. THORMAN, Ohio Bar No. 0056013
PETER HARDIN-LEVINE, Ohio Bar No. 0014288
MARK GRIFFIN, Ohio Bar No. 0064141

THORMAN & HARDIN-LEVINE CO., L.P.A.
3100 Terminal Tower
50 Public Square
Cleveland, Ohio 44113
Telephone:   216.621.3500

Attorneys for Plaintiff
FRANK A. J. GONSALVES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK A. J. GONSALVES, <br><br> Plaintiff, <br><br> v. <br><br> INFOSYS TECHNOLOGIES LTD; and JOHN DOES I-X, inclusive, <br><br> Defendants. | Case No. C-09-4112-EMC <br><br> **JUDGE EDWARD M, CHEN** <br><br> <u>**STIPULATION FOR DISMISSAL WITH PREJUDICE**</u> |

  Plaintiff Frank A. J. Gonsalves and Defendant Infosys Technologies LTD, by and through counsel, hereby stipulate and agree that the above-captioned case is hereby dismissed with prejudice with each party to bear its or his own costs, expenses and attorney's fees.

Stipulation of Dismissal with Prejudice
Case No.: C-09-4112-EMC

1

| | |
|---|---|
| Dated: July 20, 2012 | /s/Christopher P. Thorman<br>CHRISTOPHER P. THORMAN (OH #0056013)<br>cthorman@thllaw.com<br>PETER HARDIN-LEVINE (OH #0014288)<br>plevine@thllaw.com<br>MARK GRIFFIN (OH #0064141)<br>mgriffin@thllaw.com<br><br>THORMAN & HARDIN-LEVINE CO., L.P.A.<br>3100 Terminal Tower<br>50 Public Square<br>Cleveland, OH 44113<br><br>*Attorneys for Plaintiff FRANK A.J. GONSALVES* |
| Dated: July 20, 2012 | /s/Melinda S. Riechert<br>MELINDA S. RIECHERT, State Bar No. 65504<br>ZEENAT BASRAI, State Bar No. 240525<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306-2122<br>Telephone: 650.843.4000<br>Facsimile:  650.843.4001<br>E-mail:  mriechert@morganlewis.com;<br>          zbasrai@morganlewis.com<br><br>*Attorneys for Defendant*<br>*INFOSYS TECHNOLOGIES LIMITED* |

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 26th day of July, 2012.

EDWARD M. CHEN, United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation of Dismissal with Prejudice
Case No.: C-09-4112-EMC

## CERTIFICATE OF SERVICE

A copy of the foregoing was served via the court's electronic ECF system to all parties of record.

/s/Christopher P. Thorman
CHRISTOPHER P. THORMAN (OH #0056013)
cthorman@thllaw.com
PETER HARDIN-LEVINE (OH #0014288)
plevine@thllaw.com
MARK GRIFFIN (OH #0064141)
mgriffin@thllaw.com

THORMAN & HARDIN-LEVINE CO., L.P.A.
3100 Terminal Tower
50 Public Square
Cleveland, OH 44113

*Attorneys for Plaintiff FRANK A.J. GONSALVES*